1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

UNITED STATES OF AMERICA,               )          No. CR11-00371 SBA
                                        )
            Plaintiff,                  )
                                        )          ORDER
            v.                          )
                                        )
IGOR PURLANTOV,                         )
                                        )
            Defendant.                  )
_____)

     The above-captioned matter was scheduled for entry of guilty plea on October 13, 2011

at 10:00 a.m.  The matter is continued until December 14, 2011, at 10:00 a.m. for entry of guilty

plea and sentencing.  The time between October 13, 2011 and December 14, 2011 is excluded

from the Speedy Trial Act calculation pursuant to 18 U.S.C. § 3161(h)(1)(G) for the Court's

consideration of the plea agreement submitted by the parties.  The Court finds that the ends of

justice served by this exclusion outweigh the best interest of the public and the defendant in a

speedy trial, and that a failure to exclude this time would result in a miscarriage of justice.

Further, the Court finds that the failure to exclude this time would deny counsel for the

defendant the reasonable time necessary for effective preparation, taking into account the

///

///

STIPULATION EXCLUDING TIME AND  CHANGING HEARING DATE

exercise of due diligence.

      SO ORDERED.

      9/19/11

                                     SAUNDRA BROWN ARMSTRONG
                                     Federal District Court Judge

STIPULATION EXCLUDING TIME AND  CHANGING HEARING DATE
CR11-00371 SBA                       4