UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>IGOR PURLANTOV,<br><br>　　　　Defendant. | Case No:  CR 11-00371 SBA<br><br>**ORDER**<br><br>Docket 33. |

　　　On December 14, 2011, Defendant Igor Purlantov ("Defendant") pled guilty to one count of wire fraud in violation of 18 U.S.C. § 1343, and one count of income tax evasion in violation of 26 U.S.C. § 7201.  Dkt. 20.  He was sentenced on the same day to 24 months in custody and 3 years of supervised release, and was ordered to pay a $200 special assessment and $1,468,714.25 in restitution to the victims of the offenses.  Id.  On December 15, 2011, the Court filed the judgment order, setting forth the penalties described above.  Dkt. 22.  The judgment order was subsequently amended several times, the last amendment occurring on January 17, 2012.  See Dkt. 25, 26, 28, 31.

　　　On March 2, 2012, Sami Yusuf Alami, Bashir Alami, Zuhayr Alami, Ina'Am Yusuf Alami, and Sufian Yusuf Alami (collectively, "the Alami Victims") filed a motion to revise the restitution order pursuant to 18 U.S.C. § 3664(d)(5).  Dkt. 33.  To date, neither the government nor Defendant has responded to the motion.  Accordingly,

　　　IT IS HEREBY ORDERED THAT:

　　　1.　　The government and Defendant shall file a response to the motion to revise the restitution order setting forth their respective positions and authorities in support thereof by no later than seven (7) days from the date of this Order, not to exceed five (5) pages.

2. Upon the filing of the parties' responses, the matter will be taken under submission without oral argument. Neither the parties nor the Alami Victims shall file any additional memoranda with respect to the motion to revise the restitution order without prior Court approval.

IT IS SO ORDERED.

Dated: 4/3/12

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge